FILED
APR 16 2015
LESLIE MASON
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
CIVIL DIVISION

CASSANDRA NEWBERN                          PLAINTIFF

V.                                          CV – 2015- 91 (JF)

ALLSTATE INDEMNITY COMPANY,                  DEFENDANTS
ALLSTATE INSURANCE COMPANY

JURY TRIAL DEMANDED

---

PETITION FOR DECLARATORY JUDGMENT

---

Comes now the Plaintiff, Cassandra Newbern, by and through her attorney, Denny Sumpter, Fogleman, Rogers, and Coe, and for her Complaint states the following:

1. Plaintiff brings this Petition pursuant to the provisions of Ark. Code Ann. § 16-111-101 through 111 and Rule 57 of the Arkansas Rules of Civil Procedure to determine the rights and status of the parties with respect to the right of Plaintiff to receive coverage under an insurance policy ("the policy") she purchased from Defendant to indemnify her against losses sustained in the event of damage to her caused by fire within her residence.

2. The Plaintiff is a resident of Blytheville, Mississippi County, Arkansas.

3. Defendant is an Arkansas Corporation, registered with the Arkansas Secretary of State and doing business as an insurance company in the state of Arkansas.

4. The facts at issue in this dispute occurred in and arose from an insurance contract (i.e. the policy) entered into in Mississippi County, Arkansas, concerning damages of personal property covered under the policy, which are located in Mississippi County, Arkansas.

5. This court is of proper jurisdiction and venue.

6. This court is of proper venue.

7. Plaintiff purchased from Defendant the policy and made payments for all premiums due. The policy period began on November 28, 2012 and ended on November 28, 2013. A copy of the policy is attached as "Exhibit A."

8. On or about July 4, 2013, a fire occurred at Plaintiff's residence while she was not present.

9. Plaintiff incurred loss in the fire that should be covered under the policy.

10. Defendant has wrongfully denied Plaintiff's claims under the policy, citing material misrepresentation. A copy of Defendant's letter of denial is attached as "Exhibit B."

11. Plaintiff made no material misrepresentation to Defendant in obtaining coverage through the policy and is entitled to insurance proceeds for losses that resulted from the July 4, 2013 fire.

12. Plaintiff is entitled to payment from Defendant in attorney's fees and costs in bringing this matter.

WHEREFORE, premises considered, Plaintiff prays:

a. That she have a trial by jury;

b. That the Plaintiff's rights to receive coverage under the policy are recognized;

b. That Defendant indemnify Plaintiff against her losses sustained by her in the fire occurring July 4, 2013;

c. That Defendant be ordered to pay plaintiff's attorneys fees for prosecuting this action;

d. For any and all other relief for which the Court deems proper.

Respectfully submitted,

Cassandra Newbern, Plaintiff

By: _____

Denny Sumpter (AR BAR #13184)
Fogleman, Rogers & Coe
Attorneys at Law
P.O. Box 1666
West Memphis, AR  72303
870-735-1900 (ph)
870-735-1662 (fx)
dennysumpter@yahoo.com

VERIFICATION

STATE OF ARKANSAS
COUNTY OF CRITTENDEN

Cassandra Newbern, being duly sworn, states that she is the plaintiff, and that the matters and things contained and set forth in the above foregoing pleading are true and correct as she verily believes.

_____
Cassandra Newbern

SUBSCRIBED AND SWORN TO before me this 16th day of April, 2015.

_____
Notary Public

My Commission Expires:

February 6, 2023

VIRGINIA L. BRASWELL
Mississippi County Arkansas
**NOTARY PUBLIC**
Commission # 12391638
My Commission Expires Feb 6, 2023