**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CASSANDRA NEWBERN**                                         **PLAINTIFF**

**v.**                 **CASE NO. 3:15CV00153 BSM**

**ALLSTATE INDEMNITY COMPANY et al.**                   **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss [Doc. No. 13] is granted and plaintiff's complaint [Doc. No. 2] and defendant's counterclaim [Doc. No. 8] are dismissed with prejudice. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 2nd day of December 2015.

                                                                         _____
                                                                      UNITED STATES DISTRICT JUDGE