IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CASSANDRA NEWBERN**                                                      **PLAINTIFF**

**v.**                         **CASE NO. 3:15CV00153 BSM**

**ALLSTATE INDEMNITY COMPANY et al.**                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed with prejudice.

DATED this 2nd day of December 2015.

_____
UNITED STATES DISTRICT JUDGE